UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 DEC 18  PM 12: 40

CLERK

BY____Law____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
CARLOS NONOAL-CANO, )
Defendant. )

Case No. 2:25-cr-147-1

(8 U.S.C. § 1324(a)(1)(A)(ii))

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 16, 2025, in the District of Vermont, the defendant, CARLOS

NONOAL-CANO, knowing or in reckless disregard of the fact that certain aliens—including

C.G.C and A.R.Q. —had come to, entered, and remained in the United States in violation of law,

transported and moved, and attempted to transport and move, C.G.C and A.R.Q. within the

United States in furtherance of their violation of law.

(8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(ii))

## Forfeiture Notice

1.      The allegations of Count 1 of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, CARLOS NONOAL-CANO, has an interest.

2.      Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in Count 1 of this Indictment, the defendant, CARLOS NONOAL-CANO, shall forfeit to the United States, pursuant to 18 U.S.C.§ 982(a)(6):

      a.      any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

      b.      any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

      c.      any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense;

all pursuant to 18 U.S.C.§ 982(a)(6) and the procedures set forth in 21 U.S.C.§ 853, as incorporated by 18 U.S.C.§ 982(b)(1).

3

A TRUE BILL



MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

Dana E. Hill
Assistant United States Attorney
Burlington, Vermont
December 18, 2025